TG
FILED
MARCH 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number:

HUDSON SURGICAL DESIGN, INC.
                v.
ZIMMER HOLDINGS, INC., ZIMMER, INC., RUSH
SYSTEM FOR HEALTH and RUSH-PRESBYTERIAN ST.
LUKES MEDICAL CENTER, INC.

**08 C 1566**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff -- HUDSON SURGICAL DESIGN, INC.

**JUDGE KENDALL
MAGISTRATE JUDGE NOLAN**

| | |
|---|---|
| NAME (Type or print) Christopher J. Lee | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Christopher J. Lee | |
| FIRM NIRO, SCAVONE, HALLER & NIRO | |
| STREET ADDRESS 181 West Madison Street, Suite 4600 | |
| CITY/STATE/ZIP Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6216420 | TELEPHONE NUMBER (312) 236-0733 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |