FILED
MARCH 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HUDSON SURGICAL DESIGN, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. _____ |
| v. ) | |
| ) | |
| ZIMMER HOLDINGS, INC., ZIMMER, ) | JURY TRIAL DEMANDED |
| INC., RUSH SYSTEM FOR HEALTH ) | |
| and RUSH-PRESBYTERIAN ST ) | |
| LUKES MEDICAL CENTER, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**08 C 1566**

**JUDGE KENDALL**
**MAGISTRATE JUDGE NOLAN**

## PLAINTIFF'S LOCAL RULE 3.2
## NOTICE OF AFFILIATES DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 and Fed.R.Civ.P. 7.1, Plaintiff Hudson Surgical Design, Inc. through their attorneys, declares that Hudson Surgical Design, Inc. is a New Jersey corporation. Each of the following persons owns more than five percent of the corporation: Timothy G. Haines; David B. Goldstein; and John Engelhardt .

                                                                                   *s/David J. Sheikh*
Christopher J. Lee
David J. Sheikh
Richard B. Megley, Jr.
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

**Attorneys for Plaintiff, Hudson Surgical Design, Inc.**