**FILED**
**MARCH 18, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HUDSON SURGICAL DESIGN, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ZIMMER HOLDINGS, INC., ZIMMER, ) <br> INC., RUSH SYSTEM FOR HEALTH ) <br> and RUSH-PRESBYTERIAN ST ) <br> LUKES MEDICAL CENTER, INC., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. _____ <br><br> JURY TRIAL DEMANDED <br><br> **08 C 1566** <br><br> **JUDGE KENDALL** <br> **MAGISTRATE JUDGE NOLAN** |

## PLAINTIFF'S LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENT

Pursuant to Local Rule 3.4, plaintiff provides the following information to be used by the Clerk of the Court as required by 35 U.S.C. § 290:

1. Name and address of plaintiff:

   Hudson Surgical Design, Inc.
   112 5th Avenue South, Suite 4
   La Crosse, Wisconsin 54601

2. Names and addresses of defendants:

   Zimmer Holdings
   345 Main Street
   Warsaw, Indiana 46580

   Zimmer, Inc.
   345 Main Street
   Warsaw, Indiana 46580

   Rush System for Health
   1653 West Congress Parkway
   Chicago, Illinois 60612

   Rush-Presbyterian St. Lukes Medical Center, Inc.
   1653 West Congress Parkway
   Chicago, Illinois 60612

3. Name of Inventors:

   Timothy G. Haines
   David B. Goldstein

4. United States Patent Numbers Involved:

   7,344,541
   5,643,272

                                                                      *s/David J. Sheikh*
Christopher J. Lee
David J. Sheikh
Richard B. Megley, Jr.
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

**Attorneys for Plaintiff, Hudson Surgical Design, Inc.**