# Affidavit of Process Server

| Hudson Surgical Design, Inc. | vs | Zimmer Holdings, Inc., et al. | 08 C 1566 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDENT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I _Eric Wynn_
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Zimmer Holdings, Inc_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒X Summons, Civil Cover Sheet, Complaint, Three (3)
Attorney Appearance Forms & Plaintiff's Local Rule 3.4
Notice of Claims Involving Patent

by serving (NAME) _____

at ☐ Home_____

☒ Business _345 MAIN ST, WARSAW, IN 46580_

☒ on (DATE) _3/26/2008_ at (TIME) _4:00 pm_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____

## Manner of Service:

☐ By Personal Service.

☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _Karen Volk, Legal Executive Assistant_

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

## Non-Service:
After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

## Service Attempts: Service was attempted on: 

| ( | ) | DATE | TIME | , ( | ) | DATE | TIME |
|---|---|---|---|---|---|---|---|
| ( | ) | DATE | TIME | , ( | ) | DATE | TIME |
| ( | ) | DATE | TIME | | | | |

## Description:

| | | | | |
|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☒ Blond Hair | | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| ☐ Glasses | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of _INDIANA_  County of _ALLEN_

SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this _28_ day of _March_, 20_08_

_Amanda Brennan_
NOTARY PUBLIC
Comm. exp. July 2, 2015.

NIRO

**NAPPS**

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.