# Affidavit of Process Server

| Hudson Surgical Design, Inc. | vs | Zimmer Holdings, Inc., et al. | 08 C 1566 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I **Barry A Savage Sr**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Rush-Presbyterian St. Lukes Medical Center**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage

☒ Summons, Civil Cover Sheet, Complaint, Three (3) Attorney Appearance Forms & Plaintiff's Local Rule 3.4 Notice of Claims Involving Patent

by serving (NAME) **Helen Casillas     Office Manger**

at ☐ Home _____
☐ Business **1700 W Congress Pkwy  Chgo IL**
☐ on (DATE) **3-20-08** at (TIME) **1:34 pm**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely **Helen Casillas    Office Manger**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____ DATE TIME, ( ) _____ DATE TIME,
( ) _____ DATE TIME, ( ) _____ DATE TIME, ( ) _____ DATE TIME

**Description:**
☐ Male ☒ White Skin ☒ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☒ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☒ 5'0"-5'3" ☐ 100-130 Lbs.
☐ Yellow Skin ☐ Blond Hair ☒ 36-50 Yrs. ☐ 5'4"-5'8" ☒ 131-160 Lbs.
☐ Brown Skin ☒ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6'0" ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois     County of Cook

Subscribed and sworn to before me,
a notary public, this **7** day of **April**, 20**08**

SERVED BY
LASALLE PROCESS SERVERS

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NIRO

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.