**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |
|---|
| |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|          s/ |
| FIRM |
| |
| STREET ADDRESS |
| |
| CITY/STATE/ZIP |
| |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES     NO |
|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL          APPOINTED COUNSEL |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of ATTORNEY APPEARANCE FORM OF CHRISTINA L. BROWN was served upon:

>Christopher J. Lee
>  clee@nshn.com
>David J. Sheikh
>  sheikh@nshn.com
>Richard B. Megley, Jr.
>  megleyjr@nshn.com
>NIRO, SCAVONE, HALLER & NIRO
>181 W. Madison Street, Suite 4600
>Chicago, Illinois  60602
>(312) 236-0733  Telephone
>(312) 236-3137  Facsimile
>
>Robert B. Breisblatt
>  *robert.breisblatt@kattenlaw.com*
>Thomas J. Maas
>  *thomas.maas@kattenlaw.com*
>KATTEN MUCHIN ROSENMAN LLP
>525 West Monroe Street
>Chicago, Illinois  60661
>(312) 902-5200  Telephone
>(312) 902-1061  Facsimile

via electronic filing pursuant to ECF on April 9, 2008.

>s/Christina L. Brown
>Christina L. Brown *(brownc@mbhb.com)*
>MCDONNELL BOEHNEN HULBERT
>& BERGHOFF LLP
>300 S. Wacker Drive, Suite 3100
>Chicago, Illinois  60606
>(312) 913-0001  Telephone
>(312) 913-0002  Facsimile