# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HUDSON SURGICAL DESIGN, INC., <br><br>                  Plaintiff, <br><br>    v. <br><br>ZIMMER HOLDINGS, INC., ZIMMER, INC., RUSH SYSTEM FOR HEALTH and RUSH-PRESBYTERIAN-ST. LUKE'S MEDICAL CENTER, INC., <br><br>                  Defendants. | No. 08 C 1566 <br><br> The Honorable Virginia M. Kendall <br><br> Mag. Judge Nan R. Nolan |

## ZIMMER DEFENDANTS' RULE 7.1
## DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 and Fed. R. Civ. P. 7.1, the undersigned attorney of record for defendants Zimmer Holdings, Inc. and Zimmer, Inc. certifies that:

   (1) Zimmer Holdings, Inc. is the sole owner of Zimmer, Inc.;

   (2) Zimmer Holdings, Inc. is a publicly-held corporation.

|  |  |
|---|---|
|  | Respectfully submitted, |
| April 9, 2008 | /s/ Christina L. Brown<br>Christina L. Brown<br>  *brownc@mbhb.com*<br>Michael H. Baniak<br>  *baniak@mbhb.com*<br>Gary E. Hood<br>  *hood@mbhb.com*<br>McDonnell Boehnen Hulbert & Berghoff LLP<br>300 South Wacker Drive, Suite 3100<br>Chicago, Illinois  60606<br>(312) 913-0001  Telephone<br>(312) 913-0002  Facsimile<br><br>*Counsel for Zimmer, Inc.*<br>*and Zimmer Holdings, Inc.* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 9, 2008, a copy of the foregoing ZIMMER DEFENDANTS' LOCAL RULE 7.1 DISCLOSURE STATEMENT was served by electronic means via the Court's electronic filing system on the following attorneys of record:

>David J. Sheikh
>   sheikh@nshn.com
>Christopher J. Lee
>   clee@nshn.com
>Richard B. Megley, Jr.
>   megleyjr@nshn.com
>NIRO, SCAVONE, HALLER & NIRO, LTD.
>181 West Madison Street, Suite 4600
>Chicago, Illinois  60602
>(312) 236-0733  Telephone
>(312) 236-3137  Facsimile
>
>Robert B. Breisblatt
>   robert.breisblatt@kattenlaw.com
>Thomas J. Maas
>   thomas.maas@kattenlaw.com
>KATTEN MUCHIN ROSENMAN LLP
>525 West Monroe Street
>Chicago, Illinois  60661
>(312) 902-5200  Telephone
>(312) 902-1061  Facsimile

>   /s/ Christina L. Brown
>   Christina L. Brown (brownc@mbhb.com)
>   MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
>   300 S. Wacker Drive, Suite 3100
>   Chicago, Illinois  60606-6709
>   (312) 913-0001  Telephone
>   (312) 913-0002  Facsimile