# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HUDSON SURGICAL DESIGN, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ZIMMER HOLDINGS, INC., ZIMMER, INC., RUSH SYSTEM FOR HEALTH and RUSH-PRESBYTERIAN-ST. LUKE'S MEDICAL CENTER, INC.,<br><br>　　　　　　Defendants. | No. 08 C 1566<br><br>The Honorable Virginia M. Kendall<br><br>Mag. Judge Nan R. Nolan<br><br>**NOTICE OF PRESENTMENT** |

PLEASE TAKE NOTICE that on Thursday, April 17, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Virginia M. Kendall, or any judge sitting in her stead, in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, in the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Defendants' Joint And Agreed Motion For Extension Of Time To Answer Or Otherwise Plead To Plaintiff's Complaint for Patent Infringement, a copy of which is attached and hereby served upon you.

April 9, 2008

Respectfully submitted,

/s/ Christina L. Brown
Christina L. Brown
　*brownc@mbhb.com*
Michael H. Baniak
　*baniak@mbhb.com*
Gary E. Hood
　*hood@mbhb.com*
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive, Suite 3100
Chicago, Illinois  60606
(312) 913-0001  Telephone
(312) 913-0002  Facsimile

*Counsel for Zimmer, Inc.*
*and Zimmer Holdings, Inc.*

Robert B. Breisblatt
 *robert.breisblatt@kattenlaw.com*
Thomas J. Maas
 *thomas.maas@kattenlaw.com*
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois  60661
(312) 902-5200  Telephone
(312) 902-1061  Facsimile

*Counsel for Rush System for Health and*
*Rush-Presbyterian-St. Luke's Medical Center, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 9, 2008, a copy of the foregoing NOTICE OF PRESENTMENT was served by electronic means via the Court's electronic filing system on the following attorneys of record:

>David J. Sheikh
>  *sheikh@nshn.com*
>Christopher J. Lee
>  *clee@nshn.com*
>Richard B. Megley, Jr.
>  *megleyjr@nshn.com*
>NIRO, SCAVONE, HALLER & NIRO, LTD.
>181 West Madison Street, Suite 4600
>Chicago, Illinois  60602
>(312) 236-0733  Telephone
>(312) 236-3137  Facsimile
>
>Robert B. Breisblatt
>  *robert.breisblatt@kattenlaw.com*
>Thomas J. Maas
>  *thomas.maas@kattenlaw.com*
>KATTEN MUCHIN ROSENMAN LLP
>525 West Monroe Street
>Chicago, Illinois  60661
>(312) 902-5200  Telephone
>(312) 902-1061  Facsimile

>/s/ Christina L. Brown
>Christina L. Brown (brownc@mbhb.com)
>MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
>300 S. Wacker Drive, Suite 3100
>Chicago, Illinois  60606-6709
>(312) 913-0001  Telephone
>(312) 913-0002  Facsimile