# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Hudson Surgical Design, Inc.

                        Plaintiff,

v.                                                          Case No.: 1:08−cv−01566
                                                             Honorable Virginia M. Kendall

Zimmer Holdings, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 11, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: Defendants' Joint and Agreed Motion for Extension of Time [22] is granted. Defendants may have through and including 5/9/2008 to answer or otherwise plead to the Complaint. The 4/17/08 presentment date for said motion is stricken; no appearance is required. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.