IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| HUDSON SURGICAL DESIGN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08 C 1566 |
| | ) | |
| v. | ) | Judge Virginia M. Kendall |
| ZIMMER HOLDINGS, INC., ZIMMER, | ) | Magistrate Judge Nan R. Nolan |
| INC., RUSH SYSTEM FOR HEALTH and | ) | |
| RUSH UNIVERSITY MEDICAL CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

## RUSH DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Rush System for Health ("RSH") and Rush University Medical Center ("RUMC") hereby state that:

1. RUMC has no parent corporation;

2. RSH has no parent corporation;

3. No publicly held corporation owns 5% or more of RUMC's stock; and

4. No publicly held corporation owns 5% or more of RSH's stock.

Respectfully submitted,

RUSH SYSTEM FOR HEALTH AND
RUSH UNIVERSITY MEDICAL CENTER

By: /Robert B. Breisblatt

Robert B. Breisblatt
Sheldon T. Zenner
Thomas J. Maas
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
312-902-5200
50479584

50479584

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| HUDSON SURGICAL DESIGN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08 C 1566 |
| | ) | |
| v. | ) | Judge Virginia M. Kendall |
| ZIMMER HOLDINGS, INC., ZIMMER, | ) | Magistrate Judge Nan R. Nolan |
| INC., RUSH SYSTEM FOR HEALTH and | ) | |
| RUSH UNIVERSITY MEDICAL | ) | |
| CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   David J. Sheikh
   Christopher J. Lee
   Richard B. Megley, Jr.
   Christina L. Brown
   Niro, Scavone, Haller & Niro, Ltd.
   181 West Madison Street, Suite 4600
   Chicago, Illinois  60602

   PLEASE TAKE NOTICE that on April 21, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Chicago, Illinois, Rush Defendants' Corporate Disclosure Statement, a copy of which is attached hereto and hereby served upon you.

   Respectfully submitted,

   RUSH SYSTEM FOR HEALTH AND
   RUSH UNIVERSITY MEDICAL CENTER

   By: /Robert B. Breisblatt

Robert B. Breisblatt
Sheldon T. Zenner
Thomas J. Maas
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
312-902-5200
50479590