UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Hudson Surgical Design, Inc.
                            Plaintiff,

v.                                               Case No.: 1:08–cv–01566
                                                   Honorable Virginia M. Kendall

Zimmer Holdings, Inc., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Initial Status hearing held 5/21/2008. Rule 26(a)(1) disclosures due 6/9/2008. Fact discovery ordered closed 2/27/2009. Expert discovery ordered closed 4/27/2009. Dispositive motions with supporting memoranda due 5/22/2009; responses due 6/19/2009; replies due 7/2/2009. Status hearing set for 3/2/2009 at 9:00 AM to follow the close of fact discovery. Parties to exchange preliminary Claim Chart and Proposed Constructions by 10/3/2008. Parties to meet and confer regarding Claim Construction by 10/17/2008. Joint Claim Construction Chart due 10/24/2008. Plaintiff's Opening Claim Construction brief due 11/14/2008. Defendant's Opening Brief due 12/5/2008. Plaintiff's Reply Brief due 12/19/2008. Claim Construction Hearing set for 1/27/2009 at 2:00 PM. Jury Trial set for 10/19/2009 at 9:15 AM. Interim Status hearing set for 11/3/2008 at 9:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.