IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| HUDSON SURGICAL DESIGN, INC. | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 08 C 1566 |
| v. | ) ) ) | Judge Virginia M. Kendall<br>Magistrate Judge Nan R. Nolan |
| ZIMMER HOLDINGS, INC., ZIMMER, INC., RUSH SYSTEM FOR HEALTH and RUSH UNIVERSITY MEDICAL CENTER, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE THAT on Wednesday, June 18, 2008 at 9:00 a.m., the parties will appear before the Honorable Virginia M. Kendall or any judge sitting in her stead, in the Courtroom usually occupied by her, Room 2319, at the United States District Courthouse, 219 South Dearborn, Chicago, Illinois, and then and there present the **AGREED MOTION FOR ENTRY OF A STIPULATED PROTECTIVE ORDER**.

Respectfully submitted,

Respectfully submitted,

*/s/David J. Sheikh*
Christopher J. Lee
David J. Sheikh
Richard B. Megley, Jr.
Laura A. Kenneally
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois  60602
(312) 236-0733

*/s/Robert B. Breisblatt*
Robert B. Breisblatt
Sheldon T. Zenner
Thomas J. Maas
Brian Sodikoff
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
(312) 902-5200

**Attorneys for Plaintiff,
Hudson Surgical Design, Inc.**

**Attorneys for Rush System for Health
and Rush University Medical Center**

_/s/ Christina L. Brown_
Christina L. Brown
Michael H. Baniak
Gary E. Hood
MCDONNELL BOEHNEN HULBERT &
BERGHOFF LLP
300 South Wacker Drive, Suite 3100
Chicago, IL 60606
(312) 913-0001
Fax: (312) 913-0002

**_Attorneys for Zimmer, Inc. and
Zimmer Holdings, Inc._**