# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1566 | **DATE** | 6/17/2008 |
| **CASE TITLE** | HUDSON SURGICAL DESIGN vs. ZIMMER HOLDINGS et al | | |

**DOCKET ENTRY TEXT**

The joint motion for entry of a stipulated protective order is granted. The parties are ordered to retain all documents under the protective order and any protected documents shall **not** be filed with the Clerk of Court. The parties are to file a **redacted** pleading with the Clerk of Court and the full document is to be submitted in camera to chambers for review.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | JS |
|---|---|---|