IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DISTRICT

| | |
|---|---|
| HUDSON SURGICAL DESIGN, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ZIMMER HOLDINGS, INC., ZIMMER, ) <br> INC., RUSH SYSTEM FOR HEALTH and ) <br> RUSH UNIVERSITY MEDICAL CENTER, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 08 C 1566 <br><br> Judge Virginia M. Kendall <br> Magistrate Judge Nan R. Nolan |

## NOTICE OF MOTION

TO:   See attached Certificate of Service

PLEASE TAKE NOTICE that on **Tuesday, August 19, 2008** at **9:00 a.m.,** counsel for Plaintiff will appear before the Honorable Virginia M. Kendall or any judge sitting in her stead, in the Courtroom usually occupied by her, Room 2319, at the United States District Courthouse, 219 South Dearborn Chicago, Illinois, and then and there present **HUDSON SURGICAL DESIGN INC.'S MOTION TO COMPEL DISCOVERY FROM RUSH UNIVERSITY MEDICAL CENTER,** a copy of which is attached hereto.

Respectfully submitted,

*s/Laura A. Kenneally*
Christopher J. Lee
David J. Sheikh
Richard B. Megley, Jr.
Laura A. Kenneally
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois  60602
(312) 236-0733

**Attorneys for Plaintiff, Hudson Surgical Design, Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

>Robert B. Breisblatt (*robert.breisblatt@kattenlaw.com*)
>Sheldon T. Zenner (*sheldon.zenner@kattenlaw.com*)
>Thomas J. Maas (*thomas.maas@kattenlaw.com*)
>Brian Sodikoff (*brian.sodikoff@kattenlaw.com*)
>KATTEN MUCHIN ROSENMAN LLP
>525 W. Monroe Street
>Chicago, IL 60661
>(312) 902-5200
>Fax: (312) 902-1061
>
>*Attorneys for Rush System for Health and Rush University Medical Center*
>
>Christina L. Brown (*brownc@mbhb.com*)
>Michael H. Baniak (*baniak@mbhb.com*)
>Gary E. Hood (*hood@mbhb.com*)
>MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
>300 South Wacker Drive, Suite 3100
>Chicago, IL 60606
>(312) 913-0001
>Fax: (312) 913-0002
>
>*Attorneys for Zimmer, Inc. and Zimmer Holdings, Inc.*

on August 6, 2008.

*s/Laura A. Kenneally*