IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DISTRICT

| | |
|---|---|
| HUDSON SURGICAL DESIGN, INC. ) | |
| ) | |
| ) | Civil Action No. 08 C 1566 |
| ZIMMER HOLDINGS, INC., ZIMMER, ) | Judge Virginia M. Kendall |
| INC., RUSH SYSTEM FOR HEALTH and ) | Magistrate Judge Nan R. Nolan |
| RUSH UNIVERSITY MEDICAL CENTER, ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Hudson Surgical Design, Inc. ("Hudson") respectfully moves the Court to seal Exhibits B, G and K of Hudson's Motion to Compel Discovery From Defendant Rush University Medical Center ("Hudson's Motion to Compel"). In support if its motion, Hudson states as follows:

1. Pursuant to the Stipulated Protective Order entered by this Court on June 12, 2008 the parties may designate material as "Confidential" or "Highly Confidential." Stipulated Protective Order at ¶ 3.

2. Exhibits B and K to Hudson's Motion to Compel are a document that were produced by RUMC in the above referenced matter. RUMC designated the documents as "Confidential" under the Stipulated Protective Order.

3. Exhibit G to Hudson's Motion to Compel is a document that was produced by RUMC in the above referenced matter. RUMC designated the document as "Highly Confidential" under the Stipulated Protective Order.

4.  When a party files a document containing or disclosing confidential information with the Court, it shall file that document under seal and in compliance with LR 5.8 and L.R.26.2

WHEREFORE, Hudson requests that this Court order Exhibits B, G, and K of Hudson's Motion to Compel Discovery From Rush University Medical Center sealed.

Respectfully submitted,

 *s/Laura A. Kenneally*
Christopher J. Lee
David J. Sheikh
Richard B. Megley, Jr.
Laura A. Kenneally
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois  60602
(312) 236-0733

**Attorneys for Plaintiff, Hudson Surgical Design, Inc.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **HUDSON SURGICAL DESIGN, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

Robert B. Breisblatt (*robert.breisblatt@kattenlaw.com*)
Sheldon T. Zenner (*sheldon.zenner@kattenlaw.com*)
Thomas J. Maas (*thomas.maas@kattenlaw.com*)
Brian Sodikoff (*brian.sodikoff@kattenlaw.com*)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
(312) 902-5200
Fax: (312) 902-1061

*Attorneys for Rush System for Health and*
*Rush University Medical Center*

Christina L. Brown (*brownc@mbhb.com*)
Michael H. Baniak (*baniak@mbhb.com*)
Gary E. Hood (*hood@mbhb.com*)
MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 South Wacker Drive, Suite 3100
Chicago, IL 60606
(312) 913-0001
Fax: (312) 913-0002

*Attorneys for Zimmer, Inc. and Zimmer Holdings, Inc.*

on August 6, 2008.                              *s/Laura A. Kenneally*