IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DISTRICT

| | |
|---|---|
| HUDSON SURGICAL DESIGN, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 C 1566 |
| ) | |
| ZIMMER HOLDINGS, INC., ZIMMER, ) | Judge Virginia M. Kendall |
| INC., RUSH SYSTEM FOR HEALTH and ) | Magistrate Judge Nan R. Nolan |
| RUSH UNIVERSITY MEDICAL CENTER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF MOTION

TO:    See attached Certificate of Service

PLEASE TAKE NOTICE that on **Tuesday, August 19, 2008** at **9:00 a.m.,** counsel for Plaintiff will appear before the Honorable Virginia M. Kendall or any judge sitting in her stead, in the Courtroom usually occupied by her, Room 2319, at the United States District Courthouse, 219 South Dearborn Chicago, Illinois, and then and there present **MOTION FOR LEAVE TO FILE UNDER SEAL,** a copy of which is attached hereto.

Respectfully submitted,

  s/Laura A. Kenneally
Christopher J. Lee
David J. Sheikh
Richard B. Megley, Jr.
Laura A. Kenneally
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois  60602
(312) 236-0733

**Attorneys for Plaintiff, Hudson Surgical Design, Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

Robert B. Breisblatt (*robert.breisblatt@kattenlaw.com*)
Sheldon T. Zenner (*sheldon.zenner@kattenlaw.com*)
Thomas J. Maas (*thomas.maas@kattenlaw.com*)
Brian Sodikoff (*brian.sodikoff@kattenlaw.com*)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
(312) 902-5200
Fax: (312) 902-1061

*Attorneys for Rush System for Health and Rush University Medical Center*

Christina L. Brown (*brownc@mbhb.com*)
Michael H. Baniak (*baniak@mbhb.com*)
Gary E. Hood (*hood@mbhb.com*)
MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 South Wacker Drive, Suite 3100
Chicago, IL 60606
(312) 913-0001
Fax: (312) 913-0002

*Attorneys for Zimmer, Inc. and Zimmer Holdings, Inc.*

on August 6, 2008.

    *s/Laura A. Kenneally*