UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Hudson Surgical Design, Inc.
                            Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−01566
　　　　　　　　　　　　　　　　　　　　Honorable Virginia M. Kendall

Zimmer Holdings, Inc., et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 29, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held. MOTION by Plaintiff Hudson Surgical Design, Inc., Counter Defendant Hudson Surgical Design, Inc. to compel *Hudson Surgical Design Inc.'s Motion to Compel Discovery from Rush University Medical Center*[41] is granted in part as outlined in open court.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.