IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HUDSON SURGICAL DESIGN, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ZIMMER HOLDINGS, INC., ZIMMER, ) <br> INC., RUSH SYSTEM FOR HEALTH ) <br> and RUSH UNIVERSITY MEDICAL ) <br> CENTER, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 08 C 1566 <br><br> Judge Virginia M. Kendall <br> Magistrate Judge Nan R. Nolan |

## AGREED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Now come the undersigned counsel from the undersigned law firms, and move that counsel from, and the law firm of, Katten Muchin Rosenman LLP, including Sheldon Toby Zenner, Robert B. Breisblatt, Thomas Jon Maas, and Brian J. Sodikoff, hereby withdraw from this case as counsel for Rush University Medical Center ("RUMC") and Rush System for Health ("RSH"). Counsel from the law firm of McDonnell Boehnen Hulbert & Berghoff LLP ("MBHB"), including Michael Joseph H. Baniak, Christina L. Brown, and Gary E. Hood, are concurrently filing Notices of Appearance on behalf of both RUMC and RSH, and move for substitution of counsel in that regard. As mentioned to the Court at the recent hearing, MBHB, who currently represents the Zimmer defendants in this case (Zimmer Holdings, Inc. and Zimmer, Inc.) is now representing RUMC and

RSH as well. Consequently, all named defendants are represented by counsel from MBHB, and the Katten Muchin firm and attorneys therefrom therefore request leave of the Court to withdraw from this case. Counsel for Plaintiff has agreed to this Motion.

        Respectfully submitted,

        s/ Sheldon Toby Zenner
        Sheldon Toby Zenner

        s/ Robert B. Breisblatt
        Robert B. Breisblatt

        s/ Thomas Jon Maas
        Thomas Jon Maas

        s/ Brian J. Sodikoff
        Brian J. Sodikoff

        Katten Muchin Rosenman LLP
        525 West Monroe Street
        Chicago, IL 60661
        312-902-5200 Telephone
        312-902-1061 Facsimile

        *Attorneys for Rush University Medical Center and Rush System for Health*


        s/ Christina L. Brown
        Michael H. Baniak
        Christina L. Brown
        Gary E. Hood
        McDONNELL BOEHNEN
         HULBERT & BERGHOFF LLP
        300 South Wacker Drive, Suite 3100
        Chicago, Illinois 60606
        312-913-0001 Telephone
        312-913-0002 Facsimile

        *Attorneys for Zimmer, Inc., Zimmer Holdings, Inc., Rush University Medical Center and Rush System for Health*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 10, 2008, a copy of the forgoing **AGREED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** was served by electronic means via the Court's electronic filing system on the following attorneys of record:

| | |
|---|---|
| David J. Sheikh<br>*sheikh@nshn.com*<br>Christopher J. Lee<br>*clee@nshn.com*<br>Richard B. Megley, Jr.<br>*megleyjr@nshn.com*<br>Laura A. Kenneally<br>*kenneally@nshn.com*<br>NIRO, SCAVONE, HALLER & NIRO, LTD.<br>181 West Madison Street, Suite 4600<br>Chicago, Illinois 60602<br>312-236-0733 Telephone<br>312-236-3137 Facsimile<br><br>***Attorneys for Plaintiff,***<br>***Hudson Surgical Design, Inc.*** | Robert B. Breisblatt<br>*robert.breisblatt@kattenlaw.com*<br>Thomas J. Maas<br>*thomas.maas@kattenlaw.com*<br>Sheldon T. Zenner<br>*sheldon.zenner@kattenlaw.com*<br>Brian J. Sodikoff<br>*brian.sodikoff@kattenlaw.com*<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, Illinois 60661<br>312-902-5200 Telephone<br>312-902-1061 Facsimile<br><br>***Attorneys for Defendants,***<br>***Rush System for Health and***<br>***Rush University Medical Center*** |

s/Christina L. Brown
Christina L. Brown *(brownc@mbhb.com)*
Michael H. Baniak *(baniak@mbhb.com)*
Gary E. Hood *(hood@mbhb.com)*
McDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 South Wacker Drive, Suite 3100
Chicago, Illinois 60606
312-913-0001 Telephone
312-913-0002 Facsimile