## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HUDSON SURGICAL DESIGN, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>ZIMMER HOLDINGS, INC., ZIMMER,<br>INC., RUSH SYSTEM FOR HEALTH and<br>RUSH UNIVERSITY MEDICAL CENTER,<br><br>            Defendants. | No. 08 C 1566<br><br>The Honorable Virginia M. Kendall<br><br>Mag. Judge Nan R. Nolan<br><br><br>**NOTICE OF PRESENTMENT** |

PLEASE TAKE NOTICE that on Thursday, September 18, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Virginia M. Kendall, or any judge sitting in her stead, in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, in the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present an Agreed Motion for Withdrawal And Substitution of Counsel, a copy of which is attached and hereby served upon you.

September 10, 2008

Respectfully submitted,

s/Christina L. Brown
Christina L. Brown
  *brownc@mbhb.com*
Michael H. Baniak
  *baniak@mbhb.com*
Gary E. Hood
  *hood@mbhb.com*
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive, Suite 3100
Chicago, Illinois 60606
(312) 913-0001 Telephone
(312) 913-0002 Facsimile

*Counsel for Zimmer, Inc., Zimmer Holdings,*
*Inc., Rush System for Health and Rush*
*University Medical Center*

Sheldon Toby Zenner
  *sheldon.zenner@kattenlaw.com*
Robert B. Breisblatt
  *robert.breisblatt@kattenlaw.com*
Thomas J. Maas
  *thomas.maas@kattenlaw.com*
Brian J. Sodikoff
  *brian.sodikoff@kattenlaw.com*
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois  60661
(312) 902-5200  Telephone
(312) 902-1061  Facsimile

*Counsel for Rush System for Health and
Rush University Medical Center*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 10, 2008 a copy of the foregoing

**NOTICE OF PRESENTMENT** was served by electronic means via the Court's electronic

filing system on the following attorneys of record:

David J. Sheikh
  *sheikh@nshn.com*
Christopher J. Lee
  *clee@nshn.com*
Richard B. Megley, Jr.
  *megleyjr@nshn.com*
Laura A. Kenneally
  *kenneally@nshn.com*
NIRO, SCAVONE, HALLER & NIRO, LTD.
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
312-236-0733 Telephone
312-236-3137 Facsimile

*Attorneys for Plaintiff,*
*Hudson Surgical Design, Inc.*

Robert B. Breisblatt
  *robert.breisblatt@kattenlaw.com*
Thomas J. Maas
  *thomas.maas@kattenlaw.com*
Sheldon T. Zenner
  *sheldon.zenner@kattenlaw.com*
Brian J. Sodikoff
  *brian.sodikoff@kattenlaw.com*
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
312-902-5200 Telephone
312-902-1061 Facsimile

*Attorneys for Defendants,*
*Rush System for Health and*
*Rush University Medical Center*

s/Christina L. Brown
Christina L. Brown *(brownc@mbhb.com)*
Michael H. Baniak *(baniak@mbhb.com)*
Gary E. Hood *(hood@mbhb.com)*
MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 South Wacker Drive, Suite 3100
Chicago, Illinois 60606
312-913-0001 Telephone
312-913-0002 Facsimile