# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number:    08 C 1566

Hudson Surgical Design, Inc.

v.

Zimmer Holdings, Inc., Zimmer, Inc., Rush System for Health and Rush University Medical Center, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Rush System for Health and Rush University Medical Center, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Gary E. Hood | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Gary E. Hood | |
| FIRM    McDonnell Boehnen Hulbert & Berghoff LLP | |
| STREET ADDRESS    300 South Wacker Drive | |
| CITY/STATE/ZIP    Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6281580 | TELEPHONE NUMBER    312-913-0001 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")    No

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  No

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")    Yes

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")    No

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 10, 2008, a copy of the forgoing **ATTORNEY APPEARANCE** was served by electronic means via the Court's electronic filing system on the following attorneys of record:

David J. Sheikh
    *sheikh@nshn.com*
Christopher J. Lee
    *clee@nshn.com*
Richard B. Megley, Jr.
    *megleyjr@nshn.com*
Laura A. Kenneally
    *kenneally@nshn.com*
NIRO, SCAVONE, HALLER & NIRO, LTD.
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
312-236-0733 Telephone
312-236-3137 Facsimile

*Attorneys for Plaintiff,*
*Hudson Surgical Design, Inc.*

Robert B. Breisblatt
    *robert.breisblatt@kattenlaw.com*
Thomas J. Maas
    *thomas.maas@kattenlaw.com*
Sheldon T. Zenner
    *sheldon.zenner@kattenlaw.com*
Brian J. Sodikoff
    *brian.sodikoff@kattenlaw.com*
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois  60661
312-902-5200 Telephone
312-902-1061 Facsimile

*Attorneys for Defendants,*
*Rush System for Health and*
*Rush University Medical Center*

s/Christina L. Brown
Christina L. Brown *(brownc@mbhb.com)*
Michael H. Baniak *(baniak@mbhb.com)*
Gary E. Hood *(hood@mbhb.com)*
MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 South Wacker Drive, Suite 3100
Chicago, Illinois 60606
312-913-0001 Telephone
312-913-0002 Facsimile